1012

**Mathilda LENZEN, Appellant, v. STATE BANK OF COLOGNE.**

Nos. 10765, 10782.

Circuit Court of Appeals, Eighth Circuit.

May 5, 1937.

Sarah Gensler Schwartz, of Minneapolis, Minn., for appellant.

W. F. Odell, of Chaska, Minn., for appellee.

PER CURIAM.

Order of District Court reversed, with costs, on motion of appellant and stipulation of parties.

---

**LONDON GUARANTEE & ACCIDENT COMPANY, LIMITED, OF LONDON, ENGLAND, v. Joan FARLEY, a Minor, by James Farley, her Father and Next Friend.**

No. 10856.

Circuit Court of Appeals, Eighth Circuit.

April 24, 1937.

J. A. C. Kennedy, Y. C. Holland, G. L. DeLacy, E. J. Svoboda, and R. E. Svoboda, all of Omaha, Neb., for appellant.

John D. Wear, George B. Boland, and G. F. Nye, all of Omaha, Neb., for appellee.

PER CURIAM.

Appeal dismissed, with costs, on motion of appellant and consent of appellee.

---

**LOS ANGELES SOAP COMPANY v. Nat ROGAN, etc.**

No. 8195.

Circuit Court of Appeals, Ninth Circuit.

May 25, 1937.

Dockweiler & Dockweiler and Frank Merganthaler, all of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant and consent of counsel for appellee, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and remanding cause to the trial court for entry of an order disposing of funds deposited in the registry of the said court.

---

**LOUISVILLE PROVISION CO. et al. v. Seldon R. GLENN, Collector, etc., et al.**

No. 7680.

Circuit Court of Appeals, Sixth Circuit.

June 28, 1937.

Woodward, Dawson & Hobson and Steinfeld & Steinfeld, all of Louisville, Ky., for appellants.

Bunk Gardner, of Louisville, Ky., for appellees.

Before HICKS and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

On motion of appellants, it is ordered that the appeal herein (18 F.Supp. 423) be and the same is dismissed, without prejudice at the cost of appellants.